**Edgar A. HILL, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant– Appellee.**

No. 07–1572.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2008.

Decided: July 25, 2008.

Joseph E. Wolfe, Norton, Virginia, for Appellant. Michael McGaughran, Regional Chief Counsel, William B. Reeser, Supervisory Attorney, Craig B. Ormson, Special Assistant United States Attorney, Philadelphia, Pennsylvania; John L. Brownlee, United States Attorney, Sara Bugbee Winn, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before TRAXLER and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edgar A. Hill appeals the district court's order affirming the Commissioner's decision to deny disability benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the parties' briefs, administrative record, and the materials submitted in the joint appendix, and find no reversible error. Accordingly, we affirm. *Hill v. Astrue,* No. 2:06–cv–00032–GMW (W.D.Va. Apr. 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*